```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| UNITED STATES OF AMERICA, | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:_____<br>DATE FILED:  5/17/2023 |
| -against- | 23-cr-175 (MKV) |
| PERRY GAINES, | ORDER |
| Defendant. | |

MARY KAY VYSKOCIL, United States District Judge:

On May 12, 2023, the Court directed the Probation Office to suspend the requirement that Mr. Gaines participate in a program of testing and treatment for drug abuse, which requirement was previously imposed on Mr. Gaines as a special condition of his supervised release. As such, for the completeness of the record and the avoidance of doubt, the Court is docketing this Order memorializing that Mr. Gaines is not now required, as a condition of his supervision, to participate in a program of testing and treatment for drug abuse.

**SO ORDERED.**

Date:  **May 17, 2023**
       **New York, NY**

*Mary Kay Vyskocil*
**MARY KAY VYSKOCIL**
**United States District Judge**